[No. 21432–2–I.   Division One.   December 30, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. CHARLES RYSEFF PRIMEAU, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 85–1–02242–1, Anne L. Ellington, J., entered

November 6, 1987. *Affirmed* by unpublished opinion per Coleman, A.C.J., concurred in by Webster and Winsor, JJ.